Dismissed and Memorandum Opinion filed Ocrober 1, 2009.

 

In The

 

Fourteenth Court of
Appeals

____________

 

NO. 14-09-00162-CV

____________

 

MICHELE M. DURAN, Appellant

 

V.

 

WILLIAM DAVID MCCLAIN, Appellee

 



On Appeal from the
245th District Court

Harris County,
Texas

Trial Court Cause
No. 2006-72405



 

M E M O R
A N D U M   O P I N I O N

This is
an appeal from a judgment signed November 21, 2008.  On August 31, 2009, 2009,
appellant filed a motion to dismiss the appeal.  See Tex. R. App. P. 42.1.  The motion is
granted.

Accordingly,
the appeal is ordered dismissed.

PER
CURIAM

Panel consists of Justices Anderson, Guzman, and Boyce.